**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** Johnathan H. Mohr     **Case No.:** 17-90409 - D - 13

**Docket Control No.** DCJ-3

**Date:** 02/06/2018

**Time:** 10:00 AM

**Matter:** [58] - Motion/Application to Confirm Chapter 13 Plan [DCJ-3] Filed by Debtor Johnathan H. Mohr (tsef)

**Judge: Robert S. Bardwil**
**Courtroom Deputy: Michelle**
**Peterson**
**Reporter: Not Recorded**
**Department: D**

---

**APPEARANCES for:**
**Movant(s):**
None
**Respondent(s):**
None

---

**CIVIL MINUTES**

Motion was Denied

See Findings of fact and conclusions of law below

     **The court will issue an order.**

**Final ruling:**

     **This is the debtor's motion to confirm an amended chapter 13 plan.  The motion will be denied because the plan proposes to pay the secured claim of the Franchise Tax Board, filed at $57,858, only $7,000 based on the alleged value of its collateral, whereas the debtor has failed to file a motion to value that collateral, as required by LBR 3015-1(i).**

     **For this reason, the motion will be denied and the court need not reach the other issues raised by the trustee at this time.  The motion will be denied by minute order.  No appearance is necessary.**