**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                         ) Case No. 17-90409 - D - 13
Johnathan H. Mohr,            ) Docket Control No. DCJ-3
          Debtor.             ) Document No. 58
                              ) Date: 02/06/2018
                              ) Time: 10:00 AM
                              ) DEPT: D
```

**Order**

Findings of fact and/or conclusions of law are included in the court's minutes.

**IT IS ORDERED** that the motion to confirm plan is denied.

Dated: February 07, 2018

Robert S. Bardwil, Judge
United States Bankruptcy Court

[58] - Motion/Application to Confirm Chapter 13 Plan [DCJ-3] Filed by Debtor Johnathan H. Mohr (tsef)