# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

**Case Title:** Johnathan H. Mohr  **Case No.:** 17-90409 - D - 13
**Docket Control No.** APN-1
**Date:** 02/20/2018
**Time:** 10:00 AM

**Matter:** [69] - Motion for Relief from Automatic Stay [APN-1] Filed by Creditor Santander Consumer USA, Inc. (Fee Paid $181) (eFilingID: 6202887) (tsef)

**Judge: Robert S. Bardwil**
**Courtroom Deputy: Michelle Peterson**
**Reporter: Not Recorded**
**Department: D**

**APPEARANCES for:**
**Movant(s):**
None
**Respondent(s):**
None

## CIVIL MINUTES

Motion was Granted

See Findings of fact and conclusions of law below

    **The court will issue an order.**

**Final ruling:**

    **This matter is resolved without oral argument.  This is Santander Consumer USA, Inc.'s motion for relief from automatic stay. The court's records indicate that no timely opposition has been filed.  The motion along with the supporting pleadings demonstrate that there is no equity in the subject property and debtor is not making post petition payments.  The court finds there is cause for relief from stay, including lack of adequate protection of the moving party's interest.  As the debtor is not making post-petition payments and the creditor's collateral is a depreciating asset, the court will also waive FRBP 4001(a)(3).  Accordingly, the court will grant relief from stay and waive FRBP 4001(a)(3) by minute order.  There will be no further relief afforded.  No appearance is necessary.**